UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:05-CR-00214-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EBONY SHABAKA SHANIQUE | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Exhibit, which is docket entry number 95. The Court is of the opinion that this exhibit should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the **22** day of **April** 2021.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE